UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COOK PRODUCTIONS, LLC,**<br>**I.T. PRODUCTIONS, LLC,**<br>**LHF PRODUCTIONS, INC.,**<br>**CRIMINAL PRODUCTIONS, INC.,**<br>**ME2 PRODUCTIONS, INC., and**<br>**CELL FILM HOLDINGS, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRAVIS L. ROWLAND,**<br><br>Defendant. | Case No.: 3:16-cv-2085-SB<br><br>STIPULATED CONSENT JUDGMENT |

STIPULATED CONSENT JUDGMENT

As attested to by the signatures of the parties below, this matter comes before the Court

on the parties' joint stipulation.

Plaintiffs Cell Film Holdings, LLC, et al. ("Plaintiffs") have filed a Complaint against the

defendant in the Oregon District Court for copyright infringement, 17 U.S.C. §§101, et seq, for

the unlicensed copying and distribution of Plaintiffs' motion pictures titled: *Mr. Church*, Reg.

No. PA 2-002-861; *I.T.*, Reg. No. PAu 3-801-126; *London has Fallen,* Reg. No. PA 1-982-831.

STIPULATED CONSENT JUDGMENT                                          Page 1 of 4

*Criminal*, Reg. No. PA 1-984-029; *Mechanic: Resurrection,* Reg. No. PA 1-998-057; and *Cell,* Reg. No. PA 3-751-312.

After initial discovery and investigation, defendant Travis L. Rowland of Scappoose, Oregon originally identified as Doe-71.63.208.154 was affirmatively identified as the proper defendant in this matter.

The parties, after conferral and investigation, now appear with counsel to fully and finally resolve claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1.       This court has jurisdiction over the parties and venue is proper.

2.       Plaintiffs have valid and enforceable copyrights in their original copyrighted works as per the pending First Amended Complaint.

3.       Defendant Travis L. Rowland is the proper named defendant in this case.

4.       Plaintiffs and Defendant expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising therefrom.

5.       The Defendant has fully reviewed the Complaint and the allegations of the Complaint and stipulates to the allegations that give rise to liability for the infringement of Plaintiffs' rights.

6.       In addition to the terms of a separate settlement agreement, the parties stipulate to the below PERMANENT INJUNCTION, each a material element in their settlement of this action.

PERMANENT INJUNCTION

7.      Defendant Travis L. Rowland is PERMANENTLY ENJOINED from directly or indirectly infringing Plaintiffs' rights in their motion pictures identified in the First Amended Complaint, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish the motion pictures except pursuant to a lawful license from Plaintiffs;

8.      Defendant Travis L. Rowland is ORDERED to delete any unlicensed copies of Plaintiffs' motion pictures in his possession or control; and

9.      Defendant Travis L. Rowland is ORDERED to refrain from knowingly and willfully using BitTorrent or the Internet for copying or downloading content in violation of U.S. copyright law.

With entry of this Stipulated Consent Judgment this matter is terminated.

SO ORDERED, this day: __10/26/2017__.

_____
United States Magistrate Judge

///
///

STIPULATED CONSENT JUDGMENT                                          Page 3 of 4

So Stipulated and Respectfully Submitted:


On Behalf of Defendant:                    On Behalf of Plaintiff:

/s/ Leigh F. Gill                          /s/ Carl D. Crowell
Leigh F. Gill, OSB No.121737               Carl D. Crowell, OSB No. 982049
Jeffery A. Demland, OSB No. 140767         Email: carl@crowell-law.com
Immix Law Group PC                         Crowell Law
600 NW Naito Parkway, Suite G              P.O. Box 923
Portland, OR 97209                         Salem, OR 97308-0923
Telephone: (503) 802-5533                  Phone: 503-581-1240
Attorneys for Defendant                    Of counsel for Plaintiffs